IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MELISSA PRINCE,

    Plaintiff,

    v.

ACCESS RECOVERY GROUP, INC.,

    Defendants.

*E-FILED - 2/1/07*

CASE NO.: C-06-06273-RMW

ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED

    This matter came on regularly for a Case Management Conference on January 26, 2007. Defendant Access Recovery Group, Inc. failed to appear or file any Case Management Statement. Plaintiff's counsel advised that he had not been successful in contracting defendant's counsel in connection with case management matters. Therefore,

    IT IS HEREBY ORDERED that said defendant appear through counsel on **February 23, 2007 at 9:00 a.m.** in courtroom 6 of this Court and show cause WHY DEFAULT AND DEFAULT JUDGMENT SHOULD NOT BE ENTERED for failure to appear at the Case Management Conference and for failure to file a Case Management Statement. IF DEFENDANT FAILS TO SHOW GOOD REASON FOR ITS FAILURE, A DEFAULT AND DEFAULT JUDGMENT WILL BE ENTERED AGAINST DEFENDANT UPON APPLICATION BY PLAINTIFF.

DATED: 2/1/07

_____
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE

1

Copy of Order E-Filed to Counsel of Record: